**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 12 2016

JEFFREY P. ALLSTEADT, CLERK

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
Northern District of Illinois

Case number (If known): _____

Chapter you are filing under:
☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy  12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | First name: Mona<br>Middle name: Mustafa<br>Last name:<br>Suffix (Sr., Jr., II, III): | First name:<br>Middle name:<br>Last name:<br>Suffix (Sr., Jr., II, III): |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | First name: Mona<br>Middle name: F.<br>Last name: Mustafa<br><br>First name: Mona<br>Middle name: Farid<br>Last name: Mustafa | First name:<br>Middle name:<br>Last name:<br><br>First name:<br>Middle name:<br>Last name: |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 6 1 7 4<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Official Form 101  Voluntary Petition for Individuals Filing for Bankruptcy  page 1

Debtor 1  **Mona** _____ **Mustafa** _____   Case number (if known) _____
        First Name  Middle Name  Last Name

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business names or EINs.<br><br>The Mackin Group, LLC<br>Business name<br><br>_____<br>Business name<br><br>3 0 - 0 2 6 5 9 2 5<br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN | ☐ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>__ __ - __ __ __ __ __ __ __<br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN |
| **5. Where you live** | 447 Red Cedar Road<br>Number  Street<br><br>Lake Villa           IL    60046<br>City                State  ZIP Code<br><br>Lake<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number  Street<br><br>_____<br>P.O. Box<br><br>_____<br>City           State  ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number  Street<br><br>_____<br><br>_____<br>City           State  ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number  Street<br><br>_____<br>P.O. Box<br><br>_____<br>City           State  ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) |

Debtor 1  __Mona_____   __Mustafa_____   Case number (if known)_____
First Name  Middle Name    Last Name

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.  District _____ When __/__/____ Case number _____
District _____ When __/__/____ Case number _____
District _____ When __/__/____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes. Debtor _____ Relationship to you _____
District _____ When __/__/____ Case number, if known _____

Debtor _____ Relationship to you _____
District _____ When __/__/____ Case number, if known _____

**11. Do you rent your residence?**

☑ No. Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1  **Mona** _First Name_  _Middle Name_  **Mustafa** _Last Name_     Case number _(if known)_ _____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_Name of business, if any_

_Number   Street_

_City                     State   ZIP Code_

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a _small business debtor_?**

For a definition of _small business debtor_, see 11 U.S.C. § 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

_For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?_

☐ No

☑ Yes. What is the hazard?  structural defects-this property borders federal wetlands

invasion of water from wetlands, sink holes, foundation

If immediate attention is needed, why is it needed? Reported: Ill. EPA 11/23/16/CFPB, ILAG

this property, needs $250-$400k in repairs, public est. $10 mil

Where is the property? 447 Red Cedar Road
_Number   Street_

Lake Villa                IL    60046
_City_                   _State_  _ZIP Code_

Debtor 1  **Mona**    **Mustafa**
    First Name    Middle Name    Last Name

Case number *(if known)* _____

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   MONA _____ MUSTAFA           Case number (if known) _____
           First Name  Middle Name  Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** Business debts are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.
_____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ No. I am not filing under Chapter 7. Go to line 18.

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☒ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☒ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _/s/ signature_           X _____
Signature of Debtor 1        Signature of Debtor 2

Executed on  12 / 12 / 2016         Executed on ___/___/_____
             MM / DD / YYYY                       MM / DD / YYYY

Debtor 1  **Mona** _____ **Mustafa** _____   Case number (if known) _____
         First Name  Middle Name   Last Name

| For you if you are filing this bankruptcy without an attorney | The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.** |
|---|---|
| **If you are represented by an attorney, you do not need to file this page.** | |

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
☑ No
☐ Yes. Name of Person _____.
       Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

✗ _/s/ Mona Mustafa_ ✗                           _____
Signature of Debtor 1                             Signature of Debtor 2

Date    **12/12/2016**                            Date    _____
       MM / DD  / YYYY                                    MM / DD / YYYY

Contact phone  **(847) 245-4201**                 Contact phone  _____

Cell phone     **(224) 688-3014**                 Cell phone     _____

Email address  **monamustafa1@aol.com**           Email address  _____

Official Form 101              Voluntary Petition for Individuals Filing for Bankruptcy                page 8

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:  )
**MONA MUSTAFA**  )
  )
  )  Case No.
Debtor (s)  )
  )  Chapter  7
  )
  )

List of Creditors

| See "CREDITORS LIST" ATTACHED | |
|---|---|
| See "CREDITORS LIST" ATTACHED | |
| See "CREDITORS LIST" ATTACHED | |
| See "CREDITORS LIST" ATTACHED | |
| See "CREDITORS LIST" ATTACHED | |

ACS Education Services
Attn: Legal Dept.ACS Education Services
225 Old Falls Street
Niagra Falls, NY
143031-1262

Allied Interstate
agency for Synchrony Wal-MartAllied Interstate
PO Box 361477
Columbus, OH
43236

Bank of America
Attn: Legal DepartmentCountrywide/Bank of America

Barclays Bank Delaware
Attn: LegalBarclays Bank Delaware
125 S. West Street
Wilmington, DE
19801

Capital Management Services, LP
Agency for Barclays Bank DelawareCapital Management Services, LP
698 1/2 South Ogden Street
Buffalo, NY
14206

Capitol One
Attn: LegalCapitol One
P.O. Box 30281
Salt Lake City, UT
84130

Capitol One Bank USA NA
Attn: LegalCapitol One Bank USA NA
PO BOX 30281
Salt Lake City, UT
84130

Certified Services
Attn: LegalCertified Services
1733 Washington Street
Waukegan, IL
60085-5179

Comed
Attn: LegalComed
PO Box 6111
Carol Stream, IL
60680-5379

Credit One Bank
Attn: LegalCredit One Bank
PO Box 98872
Las Vegas, NV
89193-8872

Encore Receivables Management Inc.
Agency for Synchrony Bank / Discount TireEncore Receivables Management Inc.
PO BOX 965033
Orlando, FL
32896

FED LOAN SERVICING
ATTN:LEGAL DEPT.FED LOAN SERVICING
PO BOX 60610
HARRISBURG, PA
17106

FED LOAN SERVICING
ATTN: LEGAL DEPT.FED LOAN SERVICING
PO BOX 60610
HARRISBURG , PA
17106

FM Revocable Trust
MustafaFarid M.
447 Red Cedar Road
Lake Villa , IL
60046

Global Credit Collection Corp.
for Credit One BankGlobal Credit Collection
PO Box 129
Linden , MI
48451-0129

GS Mortgage Securities Corp.
Attn: Legal Dept.GS Mortgage Securities Corp.
85 Broad Street
New York , NY
10004

Keynote Consulting Inc.
Attn: Legal Dept.KEYNOTE CONSULTING
220 West Campus Drive
Suite 102
Arlington Heights , IL
60004

Kohls Department Store
Attn: Legal DepartmentKohls Department Store
PO Box 3115
Milwaukee , WI
53201

Kovitz, Shifrin & Nesbit
c/o Robert Nesbit 11 LM 1031Kovitz, Shifrin & Nesbit
175 North Archer Avenue
Mundelein , IL
60060

Lakes Regiona Sanitary District
Lakes Region Sanitary District
25700 West Old Grand Ave
Ingleside , IL
60041-8524

Milman Labuda Law Group, PLLC
ATTN: LEGAL DEPARTMENTMILMAN LABUDA LAW GROUP, PLLC
3000 Marcus Ave.
Suite 3W8
Lake Success , NY
11042

Milman Labuda Law Group, PLLC
Milman Labuda Law Group, PLLCJoseph M. Labuda c/o
3000 Marcus Avenue
Suite 3W8
Lake Success , NY
11042

Milman Labuda Law Group, PLLC
Attn: Jamie S. FelsenJamie S. Felsen
3000 Marcus Ave.
Suite 3W8
Lake Success , NY
11042

Morris, Laing, Evans, Brock & Kennedy
c/o Justin Carter 08 ch 3521U.S.. Bank, GSAMP Trust HE-3
1 E. Wacker Dr.
STE 2500
Chicago , IL
60601

Morris, Laing, Evans, Brock & Kennedy
c/o Justin Carter 08 ch 3521U.S. Bank, NA....GSAMP TRUST HF-3 et al
1 E. Wacker Drive
STE 2500
Chicago, IL
60601

Morris, Laing, Evans, Brock & Kennedy
TRUST HE-3 c/o Justin Carter 08 ch 3521GS Mortgage Securities Corp,
GSAMP Trust HE-3
1 E. Wacker Drive
STE 2500
Chicago, IL
60601

Morris, Laing, Evans, Brock & Kennedy
c/o Justin Carter 08 ch 3521Avelo Mortgage, LLC GSAMP TRUST HE-3
1 E. Wacker Drive
STE 2500
Chicago, IL
60601

Morris, Laing, Evans, Brock & Kennedy
c/o Justin Carter 08 ch 3521GS Securities Corp. GSAMP TRUST HE-3
1 E. Wacker Drive
STE 2500
Chicago, IL
60601

Morris, Laing, Evans, Brock & Kennedy
c/o Justin Carter 08 ch 3521Deutsche Bank, GSAMP TRUST HE-3
1 E. Wacker Drive
STE 2500
Chicago, IL
60601

Morris, Laing, Evans, Brock & Kennedy
c/o Justin Carter 08 ch 3521Wells Fargo Bank, NA GSAMP TRUST HE-3
1 E. Wacker Drive
STE 2500
Chicago, IL
60601

Morris, Laing, Evans, Brock & Kennedy
c/o Justin Carter 08 ch 3521Bank of America-GSAMP TRUST HE-3
1 E Wacker
STE 2500
Chicago, IL
60601

Morris, Laing, Evans, Brock & Kennedy
Trust HE-3 c/o Justin CarterLasalle Bank, NA GSAMP
1 E. Wacker
STE 2500
Chicago, IL
60601

Morris, Laing, Evans, Brock & Kennedy
C/O 08CH3521-Attn: Justin CarterCountrywide/Bank of America
1 E Wacker
STE 2500
Chicago, IL
60601

MRS BPO, LLC
c/o MRS Associates of New JerseyVerizon Wireless
1930 Olney Lane
Cherry Hill, NJ
08003

NICOR GAS
NICOR GAS
PO Box 2020
Aurora, IL
60527

NIU College of Law
1425 W. Lincoln Highway
Dekalb, IL
60115

Noonan, Perillo & Thut
C. Jeffrey Thut
25 N. County Street
Waukegan, IL
60085

NSI International, Inc.
NSI International, Inc. Legal Dept.Sanford Frank c/o
30 W. 22nd Street, 3rd Floor
New York, NY
10010

NSI International, Inc.
NSI International, Inc Legal Dept.Farra Chan c/o
30 W. 22nd Street, 3rd Floor
New York, NY
10010

NSI International, Inc.
NSI International, Inc.Powerview Investment Limited c/o
30 W. 22nd. Street, 3rd Floor
New York, NY
10010

NSI International, Inc.
NSI International, Inc. Attn: LegalMammoth Toys c/o
30 W. 22nd Street, 3rd Floor
New York, NY
10010

NSI International, Inc.
Attn: LegalNSI International, Inc.
30 W. 22nd Street, 3rd Floor
New York, NY
10010

NSI International, Inc.
c/o NSI International, Inc.Frank Landi
30 W. 22nd Street, 3rd. Floor
New York, NY
10010

NSI International, Inc.
c/o NSI International, IncNSI Products (HK) Limited
30 W. 22nd Street, 3rd Floor
New York, NY
10010

Ocwen Loan Servicing, LLC
Attn: Legal Department
1661 Worthington Road
Suite 100
West Palm Beach, FL
33409

Ocwen Loan Servicing, LLC / Litton Loan Servicing
Attn: LegalOcwen Loan Servicing, LLC/Litton Loan Servicing
1661 Worthington Road
Suite 100
West Palm Beach, FL
33409

Personal
ErwinBrent
2208 Countryside Lane
Lindenhurst, IL
60046

Personal
ErwinLameece
579 S. Clarkson Street
Denver, CO
80209

Property Specialists, Inc.
Property Specialists, Inc.Cedar Ridge HOA c/o
5999 S. New Wilke Road
Suite #108
Rolling Meadows , IL
60008

Royal Barber, LLC
BarberRoyal
4427 Talmadge Road
Suite N-4
Toledo , OH
43623-3515

Synchrony Bank
Attn: Legal DepartmentSynchrony Bank
C/O PO Box 965036
Orlando , FL
32896-5036

Synchrony Bank
ATTN: Legal Dept.Synchrony Bank / Wal-Mart
PO BOX 965024
Orlando , FL
32896-5024

Synchrony Bank
Attn: LegalSynchrony Bank/Discount Tire
C/O PO Box 965036
Orlando , FL
32896-5036

The Mackin Group, LLC
Attn: LegalThe Mackin Group, LLC
447 Red Cedar Road
Lake Villa , IL
60046

Toyota Motor Credit Corp.
Attn: LegalToyota Motor Credit Corp
5005 N. River Blvd, NE
Cedar Rapids , IA
52411-6634

Village of Lake Villa
Village of Lake Villa
PO Box 92170
Elk Grove Village , IL
60009-2170

Waste Management
Attn: LegalWaste Management
PO Box 42390
Phoenix , AZ
85080

Xfinity
XfinityComcast /
PO Box 3002
Southeastern , PA
19398-3002