**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
DEC 12 2016
JEFFREY P. ALLSTEADT, CLERK

Certificate Number: 14751-ILN-CC-028406346



14751-ILN-CC-028406346

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 26, 2016</u>, at <u>8:41</u> o'clock <u>PM PST</u>, <u>Mona Mustafa</u> received from <u>$0$ BK Class Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>November 26, 2016</u>          By:   <u>/s/AMEY AIONO</u>

                                        Name: <u>AMEY AIONO</u>

                                        Title: <u>Certified Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).